**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 1:26-cv-27571-RAR**

STEVEN BAILEY; and
GLOBAL COIN LOGISTICS, LLC,

*Plaintiffs*,

v.

U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of CBP; and DANIEL ALONSO, in his official capacity as Director of Field Operations for CBP's Miami/Tampa Field Office,

*Defendants*.
_______________________________/

# NOTICE OF PENDING, RELATED, OR SIMILAR ACTION

Pursuant to Local Rule 3.8, Plaintiffs Steven Bailey and Global Coin Logistics, LLC, by and through undersigned counsel, hereby notify the Court of the following pending action, which involves subject matter related to this case: *Steven Bailey, et al. v. Drug Enforcement Administration, et al.*, No. 3:26-cv-06096-H-AHG (S.D. Cal. 2026).

Dated: October 27, 2026

/s/ James A. Odell
James A. Odell (FL Bar No. 101396)
INSTITUTE FOR JUSTICE
2 S. Biscayne Blvd., Ste. 3180
Miami, Florida 33131
(305) 721-1600
jodell@ij.org

Keith Neely (DC Bar No. 888273735)*
Robert Frommer (VA Bar No. 70086)*
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Ste. 900
Arlington, VA 22203
(703) 682-9320
kneely@ij.org

rfrommer@ij.org
James Wesley Dodson
(TX Bar No. 24142845)*
INSTITUTE FOR JUSTICE
816 Congress Ave., Ste. 970
Austin, TX 78701
(512) 480-5936
wdodson@ij.org

**Pro hac vice* motions to be filed

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2026, I electronically filed the foregoing Notice of Pending, Related, or Similar Actions with the Clerk of Court using the CM/ECF system and that a copy was served on the following Defendants by first class U.S. Mail, postage prepaid:

U.S. CUSTOMS AND BORDER PROTECTION
1300 Pennsylvania Avenue, N.W.
Washington, DC 20229

Todd Blanche
Attorney General
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, N.W.
Washington DC 20530

Rodney S. Scott, Commissioner
U.S. CUSTOMS AND BORDER PROTECTION
1300 Pennsylvania Avenue, N.W.
Washington, DC 20229

U.S. ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF FLORIDA
Civil-Process Clerk
99 N.E. 4th Street
Miami, FL 33132

Daniel Alonso, Director of Field Operations
U.S. CUSTOMS AND BORDER PROTECTION
MIAMI/TAMPA FIELD OFFICE
909 S.E. 1st Avenue, Suite 980
Miami, FL 33131

/s/ James A. Odell
James A. Odell (FL Bar No. 101396)
INSTITUTE FOR JUSTICE